IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFF COLLINS, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 10-702 |
| | ) | |
| v. | ) | |
| | ) | |
| OFFICER FREEMAN, | ) | |
| OFFICER SHANAHAN and | ) | |
| OFFICER ROSETTA, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

**STIPULATION FOR DISMISSAL**

AND NOW come the parties by and through their respective counsel and stipulate to the voluntary dismissal of the above matter, with prejudice, based upon the agreed upon settlement of the Plaintiff's claims against the Defendants named herein.

Respectfully Submitted,

/s/ Margaret Schuetz Coleman
Margaret Schuetz Coleman, Esquire
PA I. D. #200975
1705 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219

Attorney for Plaintiff

/s/ Bryan Campbell
Bryan Campbell, Esquire
330 Grant Street, Suite 2620
Pittsburgh, PA  15219

Attorney for Defendants